The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GEOFFREY K. AUYEUNG, <br><br> Defendant. | No. 2:24-cr-00145-JCC <br><br> [PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

This matter came before the Court on the parties' Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline ("Motion"). The motion was noted for hearing without oral argument. The Court having reviewed the Motion and the record on file herein, now, therefore,

IT IS HEREBY ORDERED that:

1. The parties' Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline is GRANTED;

2. The jury trial currently scheduled for November 4, 2024, is vacated and continued to February 9, 2026, in Courtroom 16206.

3. The pretrial motions deadline of October 3, 2024, is vacated and continued to January 8, 2026.

ORDER GRANTING STIPULATED MOTION
CONTINUE TRIAL DATE AND PRETRIAL
MOTIONS DEADLINE - 1
(No. 2:24-cr-00145-JCC)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between November 4, 2024, until February 9, 2026, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the interests of the public and Defendant in a speedy trial. The Court further finds that a failure to grant the requested continuance would deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. Counsel for the defense shall notify the Defendant and ensure his attendance at every scheduled hearing and trial.

IT IS SO ORDERED. The District Court Executive is directed to enter this order and provide copies to counsel, the United States Probation Office, and the United States Marshal's Service.

IT IS SO ORDERED.

DATED this 4th day of October 2024.

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC

*s/ Robert Flennaugh II*
Robert Flennaugh II
720 Third Avenue, Suite 2015
Seattle, Washington  98104
Ph: (206) 447-7422 | Fax: (206) 447-7534

ORDER GRANTING STIPULATED MOTION
CONTINUE TRIAL DATE AND PRETRIAL
MOTIONS DEADLINE - 2
(No. 2:24-cr-00145-JCC)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  Email: robert@flennaughlaw.com

2  *Attorney for Defendant Geoffrey Auyeung*

3
   CORR CRONIN LLP
4

5  s/ Jeffrey B. Coopersmith
   Jeffrey B. Coopersmith, WSBA No. 30954
6  1015 Second Avenue, Floor 10
   Seattle, Washington 98104-1001
7  Ph: (206) 625-8600 | Fax: (206) 625-0900
   jcoopersmith@corrcronin.com
8
   *Attorney for Defendant Geoffrey Auyeung*
9

10 UNITED STATES ATTORNEY'S OFFICE

11
     s/Jehiel Isaac Baer
12 Jehiel Isaac Baer
   Email: jehiel.baer@usdoj.com
13

14   s/Yunah Chung
   Yunah Chung
15 Email: yunah.chung@usdoj.com
   700 Stewart Street
16 Seattle, WA  98101
   Phone: (206) 553-7970
17
   *Counsel for the United States*
18

19

20

21

22

23

24

25

ORDER GRANTING STIPULATED MOTION
CONTINUE TRIAL DATE AND PRETRIAL
MOTIONS DEADLINE - 3
(No. 2:24-cr-00145-JCC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900