The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GEOFFREY K. AUYEUNG, <br><br> Defendant. | NO. CR24-145-JCC <br><br> [PROPOSED] <br><br> **PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Restraining Certain Forfeitable Property ("Motion") concerning the following property ("Subject Property"):

    a.    $17,309.11 in United States currency seized from the residence of Geoffrey K. Auyeung; and

    b.    one Audi SQ8, VIN WA1CWBF16RD008854.

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and the supporting Declaration of Homeland Security Investigations Special Agent ("SA") Phillip Hills, hereby FINDS:

1.    The United States gave notice of its intent to pursue forfeiture in the Indictment and Forfeiture Bill of Particulars, Dkt. Nos. 14 and 26;

Protective Order Restraining Certain Forfeitable Property - 1
*United States v. Auyeung.,* CR24-145-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Based on the facts set forth in the Complaint and SA Hills' Declaration, including the exhibits attached thereto, there is probable cause to believe the Subject Property is subject to forfeiture in this case; and

3. To ensure the Subject Property remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Property pending the conclusion of this case is GRANTED; and

2. The Subject Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this __22nd__ day of ___January___, 2025.

THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by

_s/ Jehiel I Baer_
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220

Protective Order Restraining Certain Forfeitable Property - 2
*United States v. Auyeung.,* CR24-145-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 Seattle, Washington 98101
Phone: (206) 553-2242
2 Jehiel.Baer@usdoj.gov

Protective Order Restraining Certain Forfeitable Property - 3
*United States v. Auyeung.,* CR24-145-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970