The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEOFFREY K. AUYEUNG,<br><br>　　　　Defendant. | No. 2:24-cr-00145-JCC<br><br>STIPULATED MOTION TO CONTINUE TRIAL DATE AND EXTEND CASE SCHEDULE AND [~~PROPOSED~~] ORDER<br><br>NOTE ON MOTION CALENDAR:<br>October 17, 2025 |

**STIPULATION**

Plaintiff United States of America and Defendant Geoffrey K. Auyeung (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit the following stipulated motion to continue the trial date and related pretrial deadlines in this matter. Specifically, the Parties ask the Court to (1) continue the February 9, 2026 trial date to June 29, 2026, and (2) reset the remaining pretrial deadlines as set out below.

Good cause exists to modify the Court's October 24, 2024 Scheduling Order (the "Order") for the following reasons:

1.　　On October 24, 2024, the Court granted the Parties' Stipulated Motion to Continue Trial Date. ECF No. 24. The current trial date is February 9, 2026, and the current pretrial motions deadline is January 8, 2026. *Id.* at 1.

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL DATE AND EXTEND
CASE SCHEDULE – 1
(No. 2:24-cr-00145-JCC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

2. The Parties are actively engaged in discussions regarding a potential resolution of this case. The Parties have been in regular communication about the possibility of resolving this matter without the need for trial. The Parties agree that additional time is necessary to permit these discussions to proceed meaningfully. A continuance would serve the interests of justice by supporting the Parties' efforts to resolve this case before trial.

3. Counsel for Mr. Auyueng contacted Ms. Kadya Peter, who provided several trial dates available on this Court's calendar in April, May, and June. June 29, 2026, one of the dates available on the Court's calendar, was the only date that worked for all Parties.

4. Although the Parties are in discussions about a potential plea resolution, in the event that the Parties' discussions are not successful the Parties still believe that a continuance is necessary to fully prepare this case for trial. To date, the government has produced nearly 150,000 electronic files in discovery. The government's investigation is ongoing, and the Parties anticipate that more discovery material will be produced. Further, the Indictment alleges that Mr. Auyeung or companies affiliated with him received about $64 million in domestic and international wire transfers. The government has communicated that it now believes that number may be higher. Mr. Auyeung's counsel will need additional time to fully analyze and review these alleged transactions. Notwithstanding the Parties ongoing discussions about a potential plea agreement, the enormous volume of discovery and the complex nature of this case necessitates a continuance.

5. Mr. Auyeung is filing a waiver of his speedy trial rights contemporaneously with this stipulation. Mr. Auyeung waives his right to a speedy trial through June 29, 2026. Mr. Auyeung acknowledges that by signing the speedy trial waiver, he is waiving his rights under the Sixth Amendment and the Speedy Trial Act and agreeing that the period from the date of the Court's order continuing the trial until June 29, 2026 shall be an excludable period of time pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL DATE AND EXTEND
CASE SCHEDULE – 2
(No. 2:24-cr-00145-JCC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 17th day of October, 2026.

| CORR CRONIN LLP | LAW OFFICE OF ROBERT FLENNAUGH II, PLLC |
|---|---|
| *s/ Jeffrey B. Coopersmith* <br> Jeffrey B. Coopersmith, WSBA No. 30954 <br> 1015 Second Avenue, Floor 10 <br> Seattle, WA 98104-1001 <br> Ph: (206) 625-8600 <br> jcoopersmith@corrcronin.com | *s/ Robert Flennaugh* <br> Robert Flennaugh, WSBA No. 26764 <br> 720 Third Avenue, Suite 2015 <br> Seattle, WA 98104-1814 <br> Ph: (206) 447-7422 <br> robert@flennaughlaw.com |
| *Attorneys for Defendant* | *Attorneys for Defendant* |

CHARLES NEIL FLOYD
United States Attorney


*s/ Jehiel I. Baer*
Yunah Chung
Jehiel I. Baer
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Ph: (206) 553-4402
yunah.chung@usdoj.gov
jeniel.baer@usdoj.gov

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND EXTEND CASE SCHEDULE – 3
(No. 2:24-cr-00145-JCC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# ORDER

The Court having reviewed the Motion (**Dkt 31**) and the record on file herein, now, therefore,

IT IS HEREBY ORDERED that:

1. The Parties' Stipulated Motion to Continue Trial Date and Extend Case Schedule is GRANTED;

2. The jury trial currently scheduled for February 9, 2026, is vacated and continued to June 29, 2026.

3. The pretrial motions deadline of January 8, 2026, is vacated and continued to May 5, 2026.

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between February 9, 2026 until June 29, 2026 is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the interests of the public and Defendant in a speedy trial. The Court further finds that a failure to grant the requested continuance would deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. Counsel for the defense shall notify the Defendant and ensure his attendance at every scheduled hearing and trial.

IT IS SO ORDERED. The District Court Executive is directed to enter the below case schedule and provide copies to counsel, the United States Probation Office, and the United States Marshal's Service.

| Event | Deadline |
|---|---|
| Defense disclosure of affirmative defenses required to be disclosed | February 13, 2026 |
| Government's expert disclosure for case-in-chief | March 3, 2026 |
| Defense's expert disclosure for case-in-chief | March 31, 2026 |

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND EXTEND CASE SCHEDULE – 4
(No. 2:24-cr-00145-JCC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| Government's rebuttal expert disclosure deadline | April 15, 2026 |
| Pretrial motions filing date | May 5, 2026 |
| Pretrial motions response date | May 26, 2026 |
| Government's Production of Jencks Act Materials and Rule 26.2 Witness Statements (with Continuing Obligation Pursuant to Rule 16(c)) | May 26, 2026 |
| Government's notice of intent to introduce evidence under Fed. R. Evid. 404(b) | May 26, 2026 |
| Proposed voir dire | May 26, 2026 |
| Government's trial brief filing deadline | May 26, 2026 |
| Motions *in limine* | May 26, 2026 |
| Government's proposed jury instructions | May 26, 2026 |
| Disclosure of government's witness list | May 26, 2026 |
| Government's exhibit list filing deadline | May 26, 2026 |
| Pretrial motions reply date | June 2, 2026 |
| Pretrial motions noting date | June 2, 2026 |
| Disclosure of defense exhibit list | June 2, 2026 |
| Disclosure of defense witness list | June 2, 2026 |
| Responses to motions *in limine* | June 9, 2026 |
| Defense trial brief | June 9, 2026 |
| Defense proposed jury instructions | June 9, 2026 |
| Replies to motions *in limine* | June 16, 2026 |
| ~~Pretrial conference~~ | ~~June 17, 2026~~ |
| Trial | June 29, 2026 |

IT IS SO ORDERED

DATED this 20th day of October 2025.

*/s/ John C. Coughenour*

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL DATE AND EXTEND
CASE SCHEDULE – 5
(No. 2:24-cr-00145-JCC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  Presented by:

2  CORR CRONIN LLP

3

   *s/ Jeffrey B. Coopersmith*
4  Jeffrey B. Coopersmith, WSBA No. 30954
   1015 Second Avenue, Floor 10
5  Seattle, WA 98104-1001
   Ph: (206) 625-8600
6  jcoopersmith@corrcronin.com

7  LAW OFFICE OF ROBERT FLENNAUGH II, PLLC

8
   *s/ Robert Flennaugh*
9  Robert Flennaugh, WSBA No. 26764
   720 Third Avenue, Suite 2015
10 Seattle, WA 98104-1814
   Ph: (206) 447-7422
11 robert@flennaughlaw.com

12 *Attorneys for Defendant*

13 CHARLES NEIL FLOYD
   United States Attorney
14

15 *s/ Jehiel I. Baer*
   Yunah Chung
16 Jehiel I. Baer
   Assistant United States Attorneys
17 United States Attorney's Office
   700 Stewart Street, Suite 5220
18 Seattle, WA 98101-1271
   Ph: (206) 553-4402
19 yunah.chung@usdoj.gov
   jeniel.baer@usdoj.gov
20

21

22

23

24

25

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL DATE AND EXTEND
CASE SCHEDULE – 6
(No. 2:24-cr-00145-JCC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900