The Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEOFFREY K. AUYEUNG,<br><br>Defendant. | No. 2:24-cr-00145-JCC<br><br>UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER REGARDING LIMITED TRAVEL BY DEFENDANT TO EASTERN DISTRICT OF WASHINGTON<br><br>NOTE ON MOTION CALENDAR:<br>April 17, 2026 |

Defendant Geoffrey K. Auyeung, by counsel, respectfully moves this Court to authorize a one-day trip outside this district, as described below.

1. On February 20, 2026, Defendant Geoffrey K. Auyeung entered a guilty plea to Conspiracy to Commit Money Laundering, a lesser included offense of that charged in Count 1 of the Indictment, in violation of Title 18, United States Code, Section 1956(h).

2. Defendant's conditions of pretrial release in the Appearance Bond (ECF No. 8) remain in effect pending sentencing. *See* ECF No. 37.

3. The Appearance Bond contains a provision that "[t]ravel is restricted to the Western District of Washington, or as directed by Pretrial Services." The Appearance Bond also provides for electronic monitoring. ECF No. 8.

UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER
REGARDING LIMITED TRAVEL BY DEFENDANT
TO EASTERN DISTRICT OF WASHINGTON – 1
(No. 2:24-cr-00145-JCC)

4. Mr. Auyeung, through undersigned counsel, requested permission from Pretrial Services Officer Chandra Wageman for Mr. Auyeung to travel to Richland, Washington, in the Eastern District of Washington, to attend his 12-year old son's soccer game at Hanford High School on Saturday, April 18, 2026.  Mr. Auyeung would travel by car to and from the game on April 18. The trip would require him to leave home at around 6 am on April 18, and he would be able to return in the evening the same day.

5. Officer Wageman informed undersigned counsel that she supports the requested travel, but cannot approve it without a court order because of the location monitoring condition.

Accordingly, Defendant Auyeung requests that the Court approve the travel by entering the Order below.  The government does not oppose this motion.

RESPECTFULLY SUBMITTED this 17th day of April, 2026.

CORR CRONIN LLP

*s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, WSBA No. 30954
Maia Robbins, WSBA No. 54451
Kathryn Joy, WSBA No. 60056
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
Email: jcoopersmith@corrcronin.com
mrobbins@corrcronin.com
kjoy@corrcronin.com

Robert Flennaugh II
LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
720 Third Avenue, Suite 2015
Seattle, WA 98104
Ph: (206) 447-7422 | Fax: (206) 447-7534
Email:  robert@flennaughlaw.com

*Attorneys for Defendant*

UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER
REGARDING LIMITED TRAVEL BY DEFENDANT
TO EASTERN DISTRICT OF WASHINGTON – 2
(No. 2:24-cr-00145-JCC)

## <u>ORDER</u>

The Court, having considered Defendant's Unopposed Motion **Dkt 42** for Limited Travel by Defendant to the Eastern District of Washington, hereby ORDERS that Defendant Auyeung may travel to Richland, Washington, in the Eastern District of Washington, to attend his 12-year old son's soccer game at Hanford High School on Saturday, April 18, 2026. Defendant will depart from and return to his home in this district on the same day, April 18, 2026.

DATED this 17th day of April 2026.

_____
HONORABLE JOHN C. COUGHENOUR
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, WSBA No. 30954
Maia Robbins, WSBA No. 54451
Kathryn Joy, WSBA No. 60056
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
Email: jcoopersmith@corrcronin.com
         mrobbins@corrcronin.com
         kjoy@corrcronin.com

Robert Flennaugh II
LAW OFFICE OF ROBERT
FLENNAUGH II, PLLC
720 Third Avenue, Suite 2015
Seattle, WA 98104
Ph: (206) 447-7422 | Fax: (206) 447-7534
Email: robert@flennaughlaw.com

*Attorneys for Defendant*

UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER
REGARDING LIMITED TRAVEL BY DEFENDANT
TO EASTERN DISTRICT OF WASHINGTON – 3
(No. 2:24-cr-00145-JCC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900