Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

            Plaintiff,

          v.

GEOFFREY K. AUYEUNG,

            Defendant.

NO. CR24-145-JCC

[~~PROPOSED~~]

**ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Geoffrey K. Auyeung's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $4,078,348, representing Defendant Auyeung's share of the property involved in his commission of *Conspiracy to Commit Money Laundering*, a lesser included offense of that charged in Count 1 of the Indictment, in violation of 18 U.S.C. § 1956(h).

The Court, having reviewed the United States' Combined Motion for Order of Forfeiture and Preliminary Order of Forfeiture, as well as the other papers and pleadings

Preliminary Order of Forfeiture - 1
*United States v. Auyeung*, CR24-145-JCC

filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate for the following reasons:

1. Property involved in *Conspiracy to Commit Money Laundering*, in violation of 18 U.S.C. § 1956(h) is forfeitable pursuant to 18 U.S.C. § 982(a)(1);

2. In the Plea Agreement he entered on February 20, 2026, Defendant Auyeung agreed to forfeit his interest in the above-identified sum of money pursuant to 18 U.S.C. § 982(a)(1), as it represents Defendant's share of the property involved in the offense of *Conspiracy to Commit Money Laundering*, to which he entered a guilty plea, Dkt. No. 39 ¶ 13; and,

3. The forfeiture of this money judgment is personal to Defendant Auyeung and, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 982(a)(1), and his Plea Agreement, Defendant Auyeung's interest in a sum of money in the amount of $4,078,348 is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant Auyeung at the time he is sentenced; it will be made part of the sentence, and it will be included in the judgment;

3. No right, title, or interest in the identified sum of money exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this Order forfeiting the sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $4,078,348; and

Preliminary Order of Forfeiture - 2
*United States v. Auyeung*, CR24-145-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5.      The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 6th day of May 2026.

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Preliminary Order of Forfeiture - 3
*United States v. Auyeung*, CR24-145-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970