The Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

GEOFFREY K. AUYEUNG,

Defendant.

No. 2:24-cr-00145-JCC

UNOPPOSED MOTION TO CONTINUE
SURRENDER DATE AND [~~PROPOSED~~]
ORDER

**NOTE FOR MOTION CALENDAR:
June 26, 2026**

Defendant Geoffrey K. Auyeung by and through counsel, respectfully moves the Court (**Dkt 60**) for an order continuing the self-surrender date currently set for **July 8, 2026** to **July 23, 2026**, as described below.

1. On June 9, 2026, the Court sentenced Defendant and ordered that he self-surrender to the Bureau of Prisons to commence service of his sentence.

2. The Bureau of Prisons has designated Defendant to the Satellite Prison Camp at the Federal Correctional Institution in Sheridan, Oregon.

3. The Bureau of Prisons has since re-designated Defendant to Federal Prison Camp Yankton in Yankton, South Dakota.

4. Defendant is currently scheduled to surrender on July 8, 2026.

UNOPPOSED MOTION TO CONTINUE SURRENDER
DATE AND ~~PROPOSED~~ ORDER – 1
(No. 2:24-cr-00145-JCC)

5. Defendant respectfully requests that the Court enter an order continuing Defendant's surrender date from July 8, 2026 to July 23, 2026. Defendant requests this continuance so that he may attend his young son Royce's soccer tournament from July 17-19, 2026 in Washington State. Soccer has been an important way for Defendant to connect with his son and he hopes to attend this last tournament before he surrenders.

6. Because Defendant will be reporting to FCP Yankton, he will need a short time to prepare and travel to surrender to the camp. July 23, 2026 is the earliest date Defendant can feasibly surrender after the tournament due to these preparations and travel.

7. The undersigned counsel has consulted with counsel for the government, Jehiel Baer, and Defendant's pretrial services officer, Chandra Wageman. Neither Mr. Baer nor Ms. Wageman oppose Defendant's request to continue the surrender date to July 23, 2026.

8. Accordingly, Defendant respectfully requests that the Court continue his surrender date from July 8, 2026 to July 23, 2026, or to such other date as the Court deems appropriate after July 23, 2026.

DATED this 26th day of June, 2026.

CORR CRONIN LLP

*s/ Maia R. Robbins*
Jeffrey B. Coopersmith, WSBA No. 30954
Maia Robbins, WSBA No. 54451
Kathryn Joy, WSBA No. 60056
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
Email: jcoopersmith@corrcronin.com
          mrobbins@corrcronin.com
          kjoy@corrcronin.com

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC

*s/ Robert Flennaugh II*
Robert Flennaugh II
720 Third Avenue, Suite 2015
Seattle, WA  98104

UNOPPOSED MOTION TO CONTINUE SURRENDER
DATE AND ~~PROPOSED~~ ORDER – 2
(No. 2:24-cr-00145-JCC)

Ph: (206) 447-7422 | Fax: (206) 447-7534
Email: robert@flennaughlaw.com

*Attorneys for Defendant*

## ORDER

The Court, having considered Defendant's Unopposed Motion to Continue Surrender Date (**Dkt 60**), hereby ORDERS that Defendant Auyeung's surrender date is continued. Defendant shall surrender to Federal Prison Camp Yankton in Yankton, South Dakota, on July 23, 2026. Until that date, Defendant shall remain subject to all previously imposed conditions of release.

DATED this 26th day of June 2026.

_____
HONORABLE JOHN C. COUGHENOUR
United States District Judge

UNOPPOSED MOTION TO CONTINUE SURRENDER
DATE AND ~~PROPOSED~~ ORDER – 3
(No. 2:24-cr-00145-JCC)

Presented by:

CORR CRONIN LLP

*s/ Maia R. Robbins*
Jeffrey B. Coopersmith, WSBA No. 30954
Maia Robbins, WSBA No. 54451
Kathryn Joy, WSBA No. 60056
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
Email: jcoopersmith@corrcronin.com
        mrobbins@corrcronin.com
        kjoy@corrcronin.com


Robert Flennaugh II
LAW OFFICE OF ROBERT
FLENNAUGH II, PLLC
720 Third Avenue, Suite 2015
Seattle, WA 98104
Ph: (206) 447-7422 | Fax: (206) 447-7534
Email:  robert@flennaughlaw.com

*Attorneys for Defendant*

UNOPPOSED MOTION TO CONTINUE SURRENDER
DATE AND ~~PROPOSED~~ ORDER – 4
(No. 2:24-cr-00145-JCC)