Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GEOFFREY K. AUYEUNG, Defendant. | NO. CR24-145-JCC [PROPOSED] **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion (**Dkt 64**) for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

a. Approximately $616,113.45 in United States funds seized from Bank of America account -1204, held in the name of Legacy Energy Logistics Transport Group, LLC;

b. Approximately $574,951.72 in United States funds seized from Bank of America account -9305, held in the name of Energo Horizons Logistics (EA) LLC;



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

c. Approximately $350,401.95 in United States funds seized from Bank of America account -1655, held in the name of Geoffrey K. Auyeung;

d. Approximately $309,130.43 in United States funds seized from Bank of America account -0062, held in the name of Green Tree Gateway LLC;

e. Approximately $207,860.32 in United States funds seized from Boeing Employee Credit Union account -7917, held in the name of Geoffrey K. Auyeung;

f. Approximately $131,285.12 in United States funds seized from First Tech Credit Union account -0986, held in the name of Maria Auyeung;

g. Approximately $86,262.60 in United States funds seized from Bank of America account -2026, held in the name of Apex Oil and Gas Trading LLC;

h. Approximately $84,201.84 in United States funds seized from Bank of America account -3847, held in the name of Navigator Energy Logistics LLC;

i. Approximately $61,726.68 in United States funds seized from KeyBank account ending in -1504, held in the name of Maria Auyeung;

j. Approximately $50,493.21 in United States funds seized from Bank of America account -1580, held in the name of Sea Forest International LLC;

k. Approximately $50,136.27 in United States funds seized from KeyBank account ending in -4069, held in the name of Maria Auyeung;

l. Approximately $2,713.07 in United States funds seized from Boeing Employee Credit Union account -5228, held in the name of Maria Auyeung;

m. Approximately $17,309.11 in United States currency seized from the residence of Defendant Geoffrey K. Auyeung;

n. All funds – including cryptocurrencies – seized from BitStamp USA, Inc. account ending in -8090, registered to Apex Oil and Gas Trading, LLC, including, but not limited to:



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

i. approximately $59,992.54 in United States funds;

ii. approximately 194.30078 USDC;

iii. approximately 0.03134323 BTC;

iv. approximately 0.11161516 ETH;

v. approximately 790.27769 USDT; and

vi. approximately 62238.94266516 XRP; and

o. One Audi SQ8, VIN WA1CWBF16RD008854.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, as well as the Declaration of AUSA Jehiel I. Baer in Support of Motion for Final Order of Forfeiture ("Baer Decl."), hereby FINDS entry of a Final Order of Forfeiture is appropriate for these reasons:

1. The Subject Property is forfeitable pursuant to 18 U.S.C. § 982(a)(1), as property that was involved in, or traceable to property involved in *Conspiracy to Commit Money Laundering*, in violation of 18 U.S.C. § 1956(h);

2. In the Plea Agreement he entered on February 20, 2026, Defendant agreed, pursuant to 18 U.S.C. § 982(a)(1), to forfeit his interest in any property that was involved in, or traceable to property involved in the conspiracy (Dkt. No. 39 ¶ 13);

3. On May 6, 2026, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 982(a)(1), and forfeiting the Defendant's interest in it (Dkt. No. 50);

4. Thereafter, as required by 21 U.S.C. § 853(n)(l) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the pending forfeiture (Dkt. No. 59) and provided direct notice to a potential claimant, as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Baer Decl., ¶ 2, Exhibit A); and

5. The time for filing third-party claims has expired, and none were filed.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, Department of Homeland Security Customs and Border Protection, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 12th day of August, 2026.

THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jehiel I. Baer*

JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934

Jehiel.Baer@usdoj.gov



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970