The Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

GEOFFREY K. AUYEUNG,

Defendant.

No. 2:24-cr-00145-JCC

**STIPULATION AND ORDER REGARDING RESTITUTION**

**[~~PROPOSED~~]**

**NOTE FOR MOTION CALENDAR: August 27, 2026**

Plaintiff United States of America and Defendant Geoffrey K. Auyeung (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit the following stipulation regarding restitution.

The parties, having conferred regarding restitution, hereby stipulate that the amounts set forth below are agreed by the Parties and shall be paid to the listed victims:

| Victim ID | Restitution Amount |
|---|---:|
| Victim 1 | $695,717.00 |
| Victim 2 | $200,000.00 |
| Victim 3 | $280,000.00 |
| Victim 4 | $254,875.00 |
| Victim 5 | $526,000.00 |
| Victim 6 | $15,000.00 |
| Victim 7 | $60,000.00 |
| Victim 8 | $196,500.00 |
| Victim 9 | $390,000.00 |



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| Victim 10 | $100,000.00 |
| Victim 11 | $100,000.00 |
| Victim 12 | $922,500.00 |
| Victim 13 | $87,500.00 |
| Victim 14 | $840,000.00 |
| Victim 15 | $50,000.00 |
| Victim 16 | $87,500.00 |
| | |
| **TOTAL** | **$4,805,592.00** |

The identity of each victim shall be provided separately to the Court. An Amended Judgment, including an Attachment A, is forthcoming.

This stipulation supersedes all prior lists of victims and restitution amounts previously submitted or discussed by the Parties and shall not be amended by the Parties.

The Parties respectfully request that the Court enter the accompanying proposed order adopting the agreement of the Parties concerning restitution in this matter, file an Amended Judgment ordering the same, and strike the restitution hearing currently scheduled for September 1, 2026 at 10:00 a.m.

DATED this 27th day of August, 2026

*/s/ Yunah Chung*
Yunah Chung
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Ph: (206) 553-4402
yunah.chung@usdoj.gov

CORR CRONIN LLP

*s/ Maia R. Robbins*
Jeffrey B. Coopersmith, WSBA No. 30954
Maia R. Robbins, WSBA No. 54451
Kathryn Joy, WSBA No. 60056
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
Email: jcoopersmith@corrcronin.com
mrobbins@corrcronin.com
kjoy@corrcronin.com

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC

*s/ Robert Flennaugh II*
Robert Flennaugh II
720 Third Avenue, Suite 2015
Seattle, WA 98104
Ph: (206) 447-7422 | Fax: (206) 447-7534
Email: robert@flennaughlaw.com

*Attorneys for Defendant*

**ORDER**

Pursuant to the Parties' stipulation (**Dkt. 69**), IT IS SO ORDERED that the Stipulation and Order Regarding Restitution is GRANTED. The Court shall enter an Amended Judgment in this matter ordering restitution to be paid to the following victims in the following amounts:

| Victim ID | Restitution Amount |
|---|---|
| Victim 1 | $695,717.00 |
| Victim 2 | $200,000.00 |
| Victim 3 | $280,000.00 |
| Victim 4 | $254,875.00 |
| Victim 5 | $526,000.00 |
| Victim 6 | $15,000.00 |
| Victim 7 | $60,000.00 |
| Victim 8 | $196,500.00 |
| Victim 9 | $390,000.00 |
| Victim 10 | $100,000.00 |
| Victim 11 | $100,000.00 |
| Victim 12 | $922,500.00 |
| Victim 13 | $87,500.00 |
| Victim 14 | $840,000.00 |
| Victim 15 | $50,000.00 |
| Victim 16 | $87,500.00 |
| | |
| **TOTAL** | **$4,805,592.00** |

DATED this 27th day of August 2026.

HONORABLE JOHN C. COUGHENOUR
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Maia R. Robbins*
Jeffrey B. Coopersmith, WSBA No. 30954
Maia Robbins, WSBA No. 54451



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Kathryn Joy, WSBA No. 60056
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
Email: jcoopersmith@corrcronin.com
mrobbins@corrcronin.com
kjoy@corrcronin.com

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC

*s/ Robert Flennaugh II*
Robert Flennaugh II
720 Third Avenue, Suite 2015
Seattle, WA 98104
Ph: (206) 447-7422 | Fax: (206) 447-7534
Email: robert@flennaughlaw.com

*Attorneys for Defendant*

*/s/ Yunah Chung*
Yunah Chung
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-4402
yunah.chung@usdoj.gov